# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SYLVIA M. TYLER**                                                                                           **PLAINTIFF**

**VS.**                              **CASE NO. 4:05CV00001263 JMM**

**BHC PINNACLE POINTE HOSPITAL, INC.**                                           **DEFENDANT**

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice and with each party bearing her or its own costs and expenses.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot, and the case is to be closed.

IT IS SO ORDERED this   12   day of September, 2006.


_____
James M. Moody
United States District Judge